IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JULIE CYPROW, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-07-3045 |
| § | |
| § | |
| TEXAS DEPARTMENT OF PUBLIC § | |
| SAFETY, *et al.*, § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice. The prevailing party, the Texas Department of Public Safety, is awarded its costs of court.

This is a final judgment.

SIGNED on June 17, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge